THE LAW OFFICE OF WILLIAM M. DOMINGO

WILLIAM M. DOMINGO  #3944
ATTORNEY AT LAW

547 HALEKAUWILA STREET, SUITE 102
HONOLULU, HAWAI'I 96813
PHONE: (808) 521-4323
FACSIMILE: (808) 585-9912
EMAIL: wmdomingo@yahoo.com

Attorney for Defendant
KIM BURROWS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 03-00305 SOM |
| | ) |
| Plaintiff, | ) MOTION FOR EARLY |
| | ) TERMINATION OF PROBATION; |
| vs. | ) DECLARATION OF COUNSEL; |
| | ) EXHIBITS "A-D"; |
| KIM BURROWS, | ) CERTIFICATE OF SERVICE |
| | ) |
| Defendant. | ) |
| | ) |

**<u>MOTION FOR EARLY TERMINATION OF PROBATION</u>**

COMES NOW the defendant, KIM BURROWS, through counsel, WILLIAM M. DOMINGO, and moves this Honorable Court for an early termination of her five-year term of probation.  Ms. Burrows is one month short of serving three years of her five-year term of probation.  Her current date for

termination of probation is July 29, 2010.  Ms. Burrows is respectfully requesting that this Court terminate her probation.

Pursuant to 18 U.S.C. § 3564(c), this Court has the authority to terminate a term of probation previously ordered and discharge the defendant at any time after the expiration of one year of probation.  In deciding whether to grant early termination, the Court considers the factors set forth in §§ 3553(a) (1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4) through (a)(7), which are essentially as follows:

The nature and circumstances of the offense and the history and characteristics of the defendant;

To afford adequate deterrence to criminal conduct.

To protect the public from further crimes of the defendant.

To provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner.

On January 16, 2004, Ms. Burrows pled guilty to theft/credit card charges with co-defendant Regina Kampfer.  Thereafter, on July 29, 2005, she was sentenced to five years probation, 150 days of incarceration and restitution of $13,131.33.  Ms. Burrows was allowed to served the 150 on successive weekends.

During these past three years she has been fully compliant with all the terms and conditions of supervision. Ms. Burrows has shown stability in every aspect of her life. She has been both mom and dad to ten year old daughter Hunter and has provided a home for her retired father. <u>See</u> Exhibit "A," letter from daughter Hunter. In addition, she has maintained a stable employment record. Ms. Burrows has been with Germaine's Luau for the past 17 years, first as a dancer and now as Assistant Cast Supervisor. She is a valued employee and a good friend to other employees. <u>See</u> Exhibits "B-D" letters from fellow employees. As a testament to her drive and ambition, Ms. Burrows has been a Guest Service Representative at Hawaiian Princess, a timeshare company, since August of 2007.

In April of this year, Ms. Burrows completed payment of the total restitution amount of $13,131.33. which was order to be paid jointly with co-defendant Kampfer. With her earlier payment of the special assessment, Ms. Burrows has no further financial obligation to the Court. Probation Officer Sydney Fleming calls Ms. Burrows her "best client" and is fully behind the termination of her probation.

In the three years, Ms. Burrows has shown stability in all areas of her life. She has fostered strong family relationships. She is a valued employee and

has satisfied all of her financial obligations.  By her stability, Ms. Burrows has proven to this Court that she has learned from her past and possesses the qualities to live a law abiding and very productive life.  Therefore, based upon her conduct on supervised release thus far, as well as the factors set forth in 18 U.S.C. § 3553(a), it is respectfully requested that this Court order that Ms. Burrow's five-year term of supervised release be terminated at this point in time.

DATED:  Honolulu, Hawaii, June 23, 2008.

/s/ William M. Domingo
WILLIAM M. DOMINGO
Attorney for Defendant
KIM BURROWS