To Whom It May Concern:

I felt quite honored when my best friend Kim Burrows asked me to write a character reference letter for her.

Kim and I have been co-workers as well as best friends for the past 16 years. Her passion for dance and dedication to Germaine's Luau has proven her value at our company. She is not only a beautiful hula dancer but she has worked her way up to become my assistant supervisor. In my absence Kim is also assigned as Acting Cast Supervisor and assumes all responsibilities of the cast. In addition to working at the luau she also holds a second job at Hawaiian Princess as a Guest Service Representative.

Not only is Kim a wonderful employee but she's also a wonderful mother. Kim's very involved in Hunter's education. She will take her daughter to different places such as Bishop Museum to see the Animal Grossology, The Honolulu Zoo and Sea Life Park to name a few. She is very supportive on Hunter's goal to become a Marine Biologist.

I first met Kim at Germaine's Luau and we became friends instantly. Kim later left Germaine's Luau to pursue a job in the travel industry. Although she may have left the luau our friendship didn't stop in fact our friendship blossomed. Kim is more then my best friend, she's my sister. I would describe Kim's best qualities as a loving, responsible, supportive and caring individual.

In addition she's taken on the role as "Aunty Kim" to my sons. She has done many thoughtful things for them as well. For example when my oldest son graduated from the 8th grade she helped plan his celebration dinner. She even had the tables decorated with center pieces and balloons. My sons know that Aunty Kim will be there for them always and I know that they are in good hands when they are with her.
It is with great pleasure that I write to you in recommendation of Kim Burrows. She's an honest, trustworthy individual who will make an extremely valuable asset to anyone both in the work force or personally.

Sincerely,


Naomi Rivera


EXHIBIT "B"