Prob 35
(1/92)

**ORIGINAL**

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

**United States District Court**
**FOR THE**

DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 30 2008

at 3 o'clock and 20 min P M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.                                    Criminal No. CR 03-00305SOM-02

KIM BURROWS

On 7/29/2005, the above named was placed on probation for a period of five (5) years. She has complied with the rules and regulations of probation and is no longer in need of probation supervision. It is accordingly recommended that she be discharged from probation at this time, having served thirty-five (35) months of supervision.

Respectfully submitted,

_____
SYDNEY L. FLEMING
U.S. Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Dated this 30th day of June, 2008.

_____
SUSAN OKI MOLLWAY
U.S. District Judge